```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION


AMBER PARKER                                       PLAINTIFF

     vs.             CASE No. 06-5059

CONSUMER TESTING LABORATORIES, INC.               DEFENDANTS
```

**ORDER**

Now on this 26th day of January, 2007, comes the joint motion to dismiss (doc. #25). The Court, being well and sufficiently advised, hereby GRANTS the motion to dismiss. The above styled case is dismissed with prejudice with each party to be responsible for their own costs and attorney fees.

IT IS SO ORDERED.

```
                         /s/ Robert T. Dawson
                         Robert T. Dawson
                         United States District Judge
```